**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NASIIR TUCKER | Hon. Brian R. Martinotti<br><br>Crim. No. 20-160 |

**AMENDED SCHEDULING ORDER**

This matter having come before the Court for an entry of an amended scheduling order; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Samantha C. Fasanello, Assistant U.S. Attorney, appearing); and the defendant Nasiir Tucker being represented by Raymond L. Hamlin, Esq.; and the parties having conferred and agreed that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph three of this Court's Standing Order for Criminal Trial Scheduling (the "Standing Order"); and the parties having agreed on an amended schedule for the exchange of discovery and the filing and argument of pretrial motions; and a national emergency having been declared in response to the spread of the coronavirus (COVID-19); and the Court having accepted such schedule, and for good cause shown;

It is on this ___1ST___ day of May 2020, ORDERED that:

1. The discovery deadlines set forth in the Court's original Scheduling Order dated March 2, 2020 shall remain unchanged.

2.      The defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before May 29, 2020.

3.      A status conference, pretrial motions, and oral argument on pretrial motions shall be addressed on dates to be determined.


_____
HONORABLE BRIAN R. MARTINOTTI
United States District Judge